WILLIAM M. O'CONNOR v. THE CITY OF NEW YORK.— Motion granted; order resettled. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN W. JOHNSON, v. WARDEN AND KEEPER, etc. JOHN D. MOORE v. WARDEN AND KEEPER, etc. MARGARET T. J. CURLEY v. WARDEN AND KEEPER, etc. SEAN CONWAY v. WARDEN AND KEEPER, etc.— Motions denied. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

HOISTING MACHINERY COMPANY v. FEDERAL TERRA COTTA COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

ISAAC LOWENFELD and Others v. U. S. FIDELITY AND GUARANTY COMPANY.— Motion for reargument denied; motion for leave to appeal granted. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

COMMERCIAL TRUST COMPANY v. WILLIAM BRADLEY. COMMERCIAL TRUST COMPANY v. WILLIAM BRADLEY and FRANK BRADLEY.— Motions denied. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

SAUL E. ROGERS, as Receiver, v. EDWARD K. BAIRD.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

FRANCES FEUER, an Infant, etc., Appellant, v. GEORGE BECHMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CUNNINGHAM, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

HUGH H. JONES, Appellant, v. DANIEL P. BERGHEIMER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

In the Matter of the Transfer Tax upon the Estate of ELIZA S. KERNOCHAN, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; NEILSON WINTHROP and Others, as Executors, etc., Respondents. — Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

In the Matter of the Application of THE PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, etc., Respondent, etc. NEW AMSTERDAM GAS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

EDWARD CLARK, Respondent, v. VARIETY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

ANNA HOWARD SHAW, Appellant, v. THE LEHIGH VALLEY RAILROAD COMPANY and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.